# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

160917-8(64)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SHERRIE DANIEL,
      Claimant-Appellant,

v

ANN ARBOR TRANSIT AUTHORITY, a/k/a
ANN ARBOR TRANSPORTATION
AUTHORITY, a/k/a ANN ARBOR AREA
TRANSPORTATION AUTHORITY,
      Appellee,
and

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee.

SC:  160917-8
COA:  343860; 343866
Washtenaw CC:  17-000771-AE

_____/

     On order of the Court, the motion for reconsideration of this Court's December 4, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



Clerk

a0222